UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>   Defendant. | Case No.  2:25-cv-1471-DAD-JDP (PS)<br><br>ORDER TO SHOW CAUSE |

Plaintiff brings this action against Equifax Information Services, LLC.  After reviewing the complaint, I found that the allegations were sufficient for screening purposes, and I ordered plaintiff to return to the court service documents for defendant.  ECF No. 3.  However, on June 23, 2025, the court's order was returned as undeliverable.  To date, plaintiff has not updated her address with the court, as required by the court's Local Rules.

It is plaintiff's duty to keep the court informed of her current address.  In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."  Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her

1

1 | current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the
2 | U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within
3 | thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice
4 | for failure to prosecute."

5 | The court has considered whether the case should be dismissed or other sanctions imposed
6 | based on plaintiff's failure to update his address.  Nevertheless, in light of plaintiff's pro se status,
7 | and the court's desire to resolve the action on the merits, plaintiff will be granted an additional
8 | opportunity to update her address.

9 | Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
10 | order, plaintiff shall show cause for her failure to keep the court apprised of her current address;
11 | failure to respond to this order will result in dismissal of plaintiff's action under L.R. 183(b).

IT IS SO ORDERED.

Dated:    July 31, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2