UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JANE DOE,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

Case No. 2:25-cv-1471-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 8)

Plaintiff initiated this civil action by filing a complaint on May 27, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

The court's new case documents, served on plaintiff by mail at plaintiff's address of record, were returned to the court on June 23, 2025, by the U.S. Postal Service as "undeliverable, not at this address, unable to forward."[1] Accordingly, on July 31, 2025, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing for her failure to keep the court apprised of her current address a required by Local Rule 183(b) and warned that any failure to respond to the order would result in dismissal of this action. (Doc. No. 7.) Plaintiff failed to

[1] The undersigned notes that all subsequently issued orders have been served on plaintiff by mail at the address of record and also been returned to the court as undeliverable.

respond in any way to the order to show cause. Accordingly, on August 22, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute. (Doc. No. 8.)

Those findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service. (*Id.* at 1–2.) Plaintiff did not file any objections, or any other submission, with the court and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued August 22, 2025 (Doc. No. 8) are adopted in full; and
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with Local Rule 183(b).

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE